February 20, 2014



# JUDGMENT

## 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

THOMAS AND ALIDA DUGGAN, Appellants

NO. 14-14-00056-CV                          V.

B & B REMODELING & FOUNDATION, LLC AND BOBBY BORCHGARDT,
Appellees

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on October 18, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.